AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

PHILIP N. CHIOTELLIS, M.D. and
CARDIAC REHABILITATION OF CAPE COD, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 11255 RWZ

TO: (Name and address of defendant)

CARDIAC REHABILITATION OF CAPE COD, INC.
c/o Thomas S. Crane, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia M. Connolly, AUSA
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE JUN 16 2005

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[✓] Other (specify): *received Complaint by Certified Mail on June 20, 2005. Thomas S. Crane*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                Signature of Server

                                              _____
                                                Address of Server

SCANNED DATE: 6-27-05
BY:

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.