UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
    Plaintiff

V.

                                                                                             CIVIL ACTION:05-11255-RWZ

M.D. PHILIP N. CHIOTELLIS ET AL
    Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.                                                                  MAY 1, 2006

     The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                        By the Court,

                                                        s/ Lisa A. Urso
                                                        Deputy Clerk

30day.ord